UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

**FILED**

DEC 19 2007

CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JEREMIAH TRUEBLOOD, and<br>NATASHA DARRINGTON,<br><br>    Defendants. | CR07-50131<br><br>INDICTMENT<br><br>Production of an Unregistered Shotgun<br>(26 U.S.C. §§ 5822, 5861(f), 5871))<br>Possession of an Unregistered Shotgun<br>(26 U.S.C. §§ 5861(d), 5841, 5871))<br>Possession of a Firearm with an<br>Obliterated Serial Number<br>(18 U.S.C. §§ 922(k), 924(a)(1)(B))<br>Aiding and Abetting<br>(18 U.S.C. § 2) |

The Grand Jury charges:

COUNT I

On or about the 29th day of October, 2006, at Rapid City, in the District of South Dakota, the defendants, Jeremiah Trueblood and Natasha Darrington, aiding and abetting each other, did knowingly make a firearm, to wit: a weapon made from a shotgun, namely, a New England Arms, model Pardner, 20 gauge shotgun, serial number obliterated, not registered to them in the National Firearms Registration and transfer record, all in violation 26 U.S.C. §§ 5822, 5861(f), 5871, and 2.

COUNT II

On or about the 29th day of October, 2006, at Rapid City, in the District of South Dakota, the defendants, Jeremiah Trueblood and Natasha Darrington, aiding and abetting

each other, did knowingly receive and possess a firearm, to wit: a weapon made from a shotgun and having a barrel length of less than 18 inches, namely, a New England Arms, model Pardner, 20 gauge shotgun, serial number obliterated, not registered to them in the National Firearms Registration and transfer record, all in violation of 26 U.S.C. §§ 5861(d), 5841, 5871 and 2.

## COUNT III

On or about the 29th day of October, 2006, at Rapid City, in the District of South Dakota, the defendants Jeremiah Trueblood and Natasha Darrington, aiding and abetting each other, did knowingly possess in and affecting commerce, a firearm, to-wit: a New England Arms, model Pardner, 20 gauge shotgun from which the manufacturer's serial number had been removed, obliterated, and altered, all in violation of 18 U.S.C. §§ 922(k), 924(a)(1)(B), and 2.

A TRUE BILL:

_____
FOREMAN

MARTY J. JACKLEY
United States Attorney

By: _____