

FILED
JAN 20 2009

# United States District Court

---------- DISTRICT OF SOUTH DAKOTA ----------

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case Number: CR. 07-50131-02 |
| Plaintiff, | |
| vs. | **ORDER SETTING CONDITIONS OF RELEASE** |
| NATASHA DARRINGTON, | |
| Defendant. | |

IT IS ORDERED that the release of the defendant is subject to the following conditions:

(1)   The defendant shall not commit any offense in violation of federal, state, local or tribal law while on release in this case.

(2)   The defendant shall reside at a residence approved of in advance by pretrial services. The defendant shall immediately advise the court, defense counsel and the U.S. attorney in writing of any change in address and telephone number.

(3)   The defendant shall maintain regular contact with her counsel and promptly respond to any inquiries from counsel.

(4)   The defendant shall appear at all proceedings as required and shall surrender for service of any sentence imposed.

(5)   The defendant shall maintain or actively seek employment and provide copies of earning statements to pretrial services, if directed to do so by pretrial services.

(6)   The defendant shall not possess a firearm, destructive device, or other dangerous weapon.

(7)   The defendant shall not use alcohol and shall not enter any bars, liquor stores, or any business whose principal business is the sale of alcohol.

(8)   The defendant shall not use or possess any narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.

(9)   The defendant shall undergo a chemical dependency evaluation, if directed to do so by pretrial services, and shall follow all recommendations for treatment as directed by pretrial services.

(10)  The defendant shall undergo inpatient or outpatient chemical dependency treatment, including attendance at self-help meetings, continued care, and aftercare, as directed by pretrial services.

(11)  The defendant agrees to submit to any random testing required by pretrial services to ensure that she has not used alcohol or drugs, and the defendant agrees not to take any steps designed to interfere or mask the results of such testing.

(12)  The defendant shall not make any contact, direct or indirect, with any person who may be a witness, co-defendant, or victim in this case or in any related case.

(13)  The defendant shall report to Pretrial Services as directed by that office.

(14)  The defendant shall immediately report to pretrial services any contact with any law enforcement personnel, including, but not limited to, any arrest, questioning, or traffic stop.

(15)     The defendant is placed in the custody of Nina and Chuck Darrington, and the defendant shall follow all of their rules and regulations. Nina and Chuck Darrington shall (a) supervise the defendant in accordance with all conditions of release, (b) use every effort to assure the appearance of the defendant at all scheduled court proceedings, and (c) notify the court immediately in the event that the defendant violates any conditions of release or disappears.

*[Signature: Chuck Darrington 1/20/09]*

### Advice of Penalties and Sanctions

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

A violation of any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of release, an order of detention, and a prosecution for contempt of court and could result in a term of imprisonment, a fine, or both.

The commission of a Federal offense while on pretrial release will result in an additional sentence of a term of imprisonment of not more than ten years, if the offense is a felony; or a term of imprisonment of not more than one year, if the offense is a misdemeanor. This sentence shall be in addition to any other sentence.

Federal law makes it a crime punishable by up to ten years of imprisonment, and a $250,000 fine or both to obstruct a criminal investigation. It is a crime punishable by up to ten years of imprisonment, and a $250,000 fine or both to tamper with a witness, victim or informant; to retaliate or attempt to retaliate against a witness, victim or informant; or to intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If after release, you knowingly fail to appear as required by the conditions of release, or to surrender for the service of sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

(1)     an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more, you shall be fined not more than $250,000 or imprisoned for not more than ten years, or both;
(2)     an offense punishable by imprisonment for a term of five years or more, but less than fifteen years, you shall be fined not more than $250,000 or imprisoned for not more than five years, or both;
(3)     any other felony, you shall be fined not more than $250,000 or imprisoned not more than two years, or both;
(4)     a misdemeanor, you shall be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender shall be in addition to the sentence for any other offense. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions set forth above.

*[Signature: Natasha Darrington]*
Signature of Defendant

### Directions to United States Marshal

(X)     The defendant is ORDERED released after processing.

( )     The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judicial officer that the defendant has posted bond and/or complied with all other conditions for release. The defendant shall be produced before the appropriate judicial officer at the time and place specified, if still in custody.

Dated January 20, 2009.           BY THE COURT:

*[Signature]*
VERONICA L. DUFFY
UNITED STATES MAGISTRATE JUDGE